IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT F. COLON, | 1:07-cv-01023 AWI SMS (PC) |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| vs. | (Doc. 12) |
| JAMES E. TILTON, et al., | THIRTY DAY DEADLINE |
| Defendants. | |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On January 9, 2009,  Plaintiff filed a motion for an extension of time to file his amended complaint pursuant to the Court's order of December 19, 2008 (Doc. 11).  Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:   January 15, 2009**                     **/s/ Sandra M. Snyder**
                                                                    UNITED STATES MAGISTRATE JUDGE