# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT F. COLON,<br><br>           Plaintiff,<br><br>     v.<br><br>JAMES E. TILTON, et al.,<br><br>           Defendants.     / | CASE NO. 1:07-cv-01023-AWI-SMS PC<br><br>ORDER DENYING MOTION TO SUBMIT ADDITIONAL INFORMATION<br><br>(Doc. 21) |

Plaintiff Gilbert F. Colon, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 18, 2007. Pursuant to the Court's order of February 9, 2010, this action is proceeding on Plaintiff's amended complaint, filed February 24, 2009, against Defendants Sullivan, Tennison, Martin, Cooper, and Hay on Plaintiff's due process and equal protection claims. On February 22, 2010, Plaintiff filed a motion seeking leave to submit additional information relating to this action.

At this juncture, it is not appropriate for Plaintiff to submit any additional information or evidence in support of his claims. The Court found Plaintiff's allegations sufficient to state due process and equal protection claims against Defendants Sullivan, Tennison, Martin, Cooper, and

///
///
///
///
///

Hay. Nothing further is required of Plaintiff at the pleading stage. Accordingly, Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   June 10, 2010**                    /s/ Sandra M. Snyder
                                                                  UNITED STATES MAGISTRATE JUDGE